UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS DWANYE WARE | CIVIL ACTION |
| VERSUS | NO.  12-2250 |
| ROBERT C. TANNER, CASEY MCVEA, MICHAEL HARRELL, JOSH GOFF, DONNA TOUCHSTONE | SECTION "F" (4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Travis Dwanye Ware's 42 U.S.C. § 1983 claims against the defendant, Casey McVea, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted  pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this  30th   day of        December          , 2013  .

_____
UNITED STATES DISTRICT JUDGE